IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
|         Plaintiff, | |
| v. | Civil Action No. 1:13-cv-07026 |
| | Judge Harry D. Leinenweber |
| JOHN DOE, subscriber assigned IP address 50.151.129.82, | |
|         Defendant. | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 50.151.129.82. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December _5___, 2013

        Respectfully submitted,

        By: ___/s/ *Mary K. Schulz*_____
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on December _5___, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____
Mary K. Schulz
